Ortiola.Ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 1-8 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JASON COBURIAN ORTIOLA, ) <br> ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 05-00047 <br><br> **INDICTMENT** <br><br> **DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE** <br> [21 U.S.C. § 841(a)(1)] <br><br> **CARRYING A FIREARM DURING A DRUG TRAFFICKING OFFENSE** <br> [18 U.S.C. § 924(c)] |

THE GRAND JURY CHARGES:

**COUNT I - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE**

On or about June 3, 2005, within the District of Guam, the defendant herein, JASON COBURIAN ORTIOLA, did unlawfully and intentionally distribute approximately one-half gram net weight of methamphetamine hydrochloride, also known as ice, a Schedule II controlled substance, in violation of Title 18, United States Code, § 841(a)(1).

**COUNT II - CARRYING A FIREARM DURING A DRUG TRAFFICKING OFFENSE**

On or about June 3, 2005, within the District of Guam, the defendant herein, JASON

COBURIAN ORTIOLA, did knowingly carry a firearm, to-wit: a Smith & Wesson .9mm pistol, Model 5906, Serial Number TVD2476, during and in relation to a drug trafficking offense for which he may be prosecuted in a court of the United States, to-wit: distribution of methamphetamine hydrochloride, also known as ice, ALL IN VIOLATION of Title 18, United States Code, § 924(c).

Dated this 8th day of June, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U. S. Attorney

_____
LEONARDO M. RAPADAS
United States Attorney

-2-