Ortiola.ASR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332/7283
FAX: (671) 472-7334/7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN - 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00047 |
| Plaintiff, | |
| vs. | APPLICATION AND ORDER TO SEAL RECORD |
| JASON COBURIAN ORTIOLA, | |
| Defendant. | |

The United States moves this Honorable Court for an Order sealing the record in the above-entitled cause for the reason that further investigations are still pending in this matter,

\\
\\
\\
\\
\\
\\
\\

-1-

which may be hindered by making this cause available for public scrutiny.

RESPECTFULLY SUBMITTED this \_\_\_8th\_\_\_ day of June, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

\*\*\***O R D E R**\*\*\*

**IT IS SO ORDERED** this \_\_\_8\_\_\_ day of June, 2005.

*[signature]*
RICARDO S. MARTINEZ*
United States District Judge

*The Honorable Ricardo S. Martinez, United States District Court Judge for the Western District of Washington, sitting by designation