# UNITED STATES DISTRICT COURT

DISTRICT OF _____

FILED
DISTRICT COURT OF GUAM
JUN - 8 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS GUAM RECEIVED
-8 JUN 2005 14 00 01

UNITED STATES OF AMERICA
V.

**JASON COBURIAN ORTIOLA**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: CR-05-00047



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue <br> Before: **HONORABLE RICARDO S. MARTINEZ** | 413 |
| | Date and Time <br> **Wednesday, June 8, 2005 at 2:30 p.m.** |

To answer a(n)
X  Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:841(a)(1) - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

18:924(c) - CARRYING A FIREARM DURING A DRUG TRAFFICKING OFFENSE (COUNT 2)

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**June 8, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service was made by me on:[1] | Date 6/8/05 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: DEA Guam Resident Office

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___6/8/05___         ___J. Salas___
            Date                  Name of United States Marshal

                                  ___Paul [illegible] DEA___
                                  (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.