

FILED
DISTRICT COURT OF GUAM

JUN - 8 2005 nba

MARY L.M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>**JASON COBURIAN ORTIOLA,**<br><br>        Defendant. | CRIMINAL CASE NO. **05-00047**<br><br>O R D E R |

     IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

     Dated this 8TH day of June, 2005.

_____
RICARDO S. MARTINEZ, United States District Judge*

---

*The Honorable Ricardo S. Martinez, United States District Court Judge for the Western District of Washington, sitting by designation