CASE NO. CR-05-00047          DATE: 06/08/2005          TIME: 2:46 p.m.

HON. RICARDO S. MARTINEZ, Designated Judge, Presiding          Law Clerk: None Present
Court Reporter: Wanda M. Miles          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:46:15 - 2:54:13          CSO: B. Benavente / D. Quinata

**APPEARANCES**

DEFT: JASON COBURIAN ORTIOLA          ATTY: JOHN GORMAN
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON          AGENT:

U.S. PROBATION: JOHN SAN NICOLAS          U.S. MARSHAL: S. LUJAN / J. CURRY

INTERPRETER: _____          ( ) SWORN  LANGUAGE: _____
                                   ( ) PREVIOUSLY SWORN

**FILED DISTRICT COURT OF GUAM JUN - 8 2005 MARY L.M. MORAN CLERK OF COURT**

PROCEEDINGS: INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___  HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) GUILTY ( X ) NOT GUILTY - TO: CHARGES CONTAINED IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) ACCEPTED ( ) REJECTED
( ) COURT ORDERS PLEA AGREEMENT SEALED
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____
( X ) TRIAL SET FOR: AUGUST 3, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( X ) DEFENDANT TO BE RELEASED ON BOND (SEE ATTACHED RELEASE CONDITIONS)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Government recommended Defendant be released with the conditions proposed by pretrial service. No objection. Defense stated that his client has been placed on administrative leave and does not possess a firearm. Probation Officer, John San Nicolas requested the Court to allow him to interview the Defendant and to Order the Defendant to submit to a urinalysis test after this hearing. No objection. GRANTED.