JOrtiola.USR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 14 2005
MARY L.M. MORAN
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JASON COBURIAN ORTIOLA, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00047 <br><br> **APPLICATION AND ORDER TO UNSEAL RECORD** |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-entitled cause for the reason that the investigation in this case is now complete

//
//
//
//
//
//
//

-1-

and there is no further reason for these proceedings to remain secret.

Respectfully submitted this 14th day of June, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

***ORDER***

**IT IS SO ORDERED** this ___14___ day of June, 2005.

_____
RICARDO S. MARTINEZ*
United States Designated Judge
District Court of Guam

*The Honorable Ricardo S. Martinez, United States District Court Judge for the Western District of Washington, sitting by designation.



RECEIVED
JUN 1 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM