IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>vs.<br><br>Jason Coburian Ortiola,<br>                Defendant. | USDC Cr. Cs. No.: 05-00047-001 |

Re: **Special Report; Request for Modification of Release Conditions**

      On June 8, 2005, Jason Coburian Ortiola made an Initial Appearance in U.S.D.C. Criminal Case Number 05-00047 on an Indictment under seal charging him with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and Carrying a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c). On that same date, Mr. Ortiola was released on a personal recognizance bond with conditions that he report to the U.S. Probation Office and Drug Enforcement Administration as directed; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; reside at #261 Rizal Street, Dededo, Guam (telephone # 637-5706) and not change residence unless approved by the U.S. Probation Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether the defendant is using a prohibited substance; refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is required as a condition of release; report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning or traffic stop; and shall not go near any ports of entry or exit, unless directly related to employment or as authorized by the U.S. Probation Office, and shall not leave the Territory of Guam without written permission of the Court and the U.S. Probation Office.

      On June 21, 2005, this Officer met with Mr. Ortiola for supervision orientation. He admitted to a history of methamphetamine abuse for approximately six years, with his most recent use in May 2005. Mr. Ortiola requested the assistance of counseling services to assist him with dealing with issues related to substance abuse and stress he is currently experiencing in relatation to his case.

Special Report; Request for Modification of Release Conditions
Re: ORTIOLA, Jason Coburian
USDC Cr. Cs. No. 05-00047-001
June 29, 2005
Page 2


It is recommended that the Court modify Mr. Ortiola's pretrial release conditions, pursuant to 18 U.S.C. §3142(c)(3) to include:

1. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

Mr. Ortiola and his attorney have agreed to the proposed modification and have executed Pretrial Services PS42, Consent to Modify Conditions of Release.

Respectfully submitted,

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, Assistant U.S. Attorney
John Gorman, Federal Public Defender
File