PS 42
(Rev. 7/93)

# United States District Court
### District Of



FILED
DISTRICT COURT OF GUAM

JUL -1 2005

MARY L.M. MORAN
CLERK OF COURT

United States of America )
)
vs. )
)
Jason Coburian Ortiola ) Case No. 05-00047-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Jason Coburian Ortiola___, have discussed with ___John W. San Nicolas II___, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

1. **Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.**

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/21/05  _____  June 21, 2005
Signature of Defendant    Date     Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  6/28/05
Signature of Defense Counsel    Date

[✓] The above modification of conditions of release is ordered, to be effective on ___immediately___.
[ ] The above modification of conditions of release is *not* ordered.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
Signature of Judicial Officer

RECEIVED
JUN 30 2005
DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

ORIGINAL