JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
JASON COBURIAN ORTIOLA

FILED
DISTRICT COURT OF GUAM

JUL 13 2005 mba

MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00047 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL DATE AND |
| vs. | ) | EXCLUDING TIME |
| | ) | |
| JASON COBURIAN ORTIOLA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for August 3, 2005, at 9:30 a.m., be continued for approximately one month, or a date convenient for the Court's calendar. The parties request this continuance as defense counsel will be off-island for business and personal reasons from July 12 - August 3, 2005. Thus, the defense will require additional time to review discovery, consult with the defendant and adequately prepare for trial. Also counsel for the government will be off-island from July 12 - August 18, 2005.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including August 3, 2005, to and including

_____August 30_____, 2005, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Ortiola's best interests, furthers judicial economy and efficiency and is in society's best interests. Mr. Ortiola has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, July 12, 2005.

| | |
|---|---|
| JOHN T. GORMAN | KARON V. JOHNSON |
| Attorney for Defendant | Attorney for Plaintiff |
| JASON COBURIAN ORTIOLA | UNITED STATES OF AMERICA |

IT IS APPROVED AND SO ORDERED, based on the above stipulated facts, that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161. IT IS FURTHER ORDERED that the Defendant's Trial presently scheduled for August 3, 2005 at 9:30 a.m., be continued to _____August 30_____, 2005, at __9:00__ a.m., and that the time between August 3, 2005 and _____August 30_____, 2005, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED: Hagatna, Guam, __July 13, 2005__.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge



RECEIVED JUL 1 2 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM