(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant

FILED
DISTRICT COURT OF GUAM
JUL 18 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | CR 05-00047 |
| | ) | |
| Plaintiff, | ( | SUBSTITUTION OF ATTORNEYS |
| | ) | |
| vs. | ( | |
| | ) | |
| JASON COBURIAN ORTIOLA, | ( | |
| | ) | |
| Defendant. | ( | |

----------

Jason C. Ortiola, defendant herein, substitutes Howard Trapp Incorporated, Howard Trapp, Esq., as his retained attorney of record in the above-entitled proceeding in the place and stead of the Office of the Federal Public Defender, John T. Gorman, Esq., Federal Public Defender, his court-appointed attorney of record in the above-entitled proceeding, each of the undersigned consenting

--------------------

(SUBSTITUTION OF ATTORNEYS)
CR 05-00047

hereto.

Dated at Hagåtña, Guam, this 18th day of July, 2005.

_____    _____
JASON COBURIAN ORTIOLA              JOHN T. GORMAN
Defendant                           Withdrawing attorney for
                                    defendant

_____
HOWARD TRAPP
Substituting attorney for
defendant

APPROVED AND SO ORDERED.

Dated at Hagåtña, Guam, this 18th day of July, 2005.

                    for _____
                        JOAQUIN V. E. MANIBUSAN, JR.
                        United States Magistrate Judge
                        District Court of Guam

**RECEIVED**
JUL 18 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

(DOCUMENT\SUBATTYJOrtiola)

2