IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JASON COBURIAN ORTIOLA<br>Defendant. | Docket No.: CR 05-00047-001<br><br>DECLARATION IN SUPPORT OF PETITION<br>(Supplemental) |

FILED
DISTRICT COURT OF GUAM
JUL 19 2005
MARY L.M. MORAN
CLERK OF COURT

Re: **Violation of Pretrial Release Conditions**

I, Robert I. Carreon, am a U.S. Probation Officer assisting in the supervision of the Court-ordered conditions of pretrial release for Jason Coburian Ortiola, and in that capacity declare as follows:

**Special Condition:** *The defendant shall submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether the defendant is using a prohibited substance.* On July 14, 2005 Jason Coburian Ortiola failed to report for urinalysis. He reported as instructed to the U.S. Probation Office on July 15, 2005 for a compliance meeting. He was subject to urinalysis which yielded negative results for any drug use. Mr. Ortiola explained that he missed the urinalysis on July 14, 2005 because he was preoccupied with completing employment separation documents on that date. He also stated that his memory lapse was also due to stress from recent media coverage of his involvement in the instant offense. Mr. Ortiola apologized for his violation and assured he would attend all further scheduled urinalysis. He was advised of the consequences of continued violations.

**Recommendation:** This report is submitted for the Court's information. A Petition for Action and Declaration in Support of Petition was filed on July 13, 2005. The hearing in this matter has been scheduled for Thursday, August 4, 2005.

Executed this 19th day of July 2005, at Hagatna, Guam, in conformance with provisions of Title 28 U.S.C. § 1746.

I declare under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

RESPECTFULLY submitted this 19th day of July 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
John T. Gorman, Federal Public Defender
File

ORIGINAL