(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM
AUG - 3 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | CR 05-00047 |
| | ) | |
| Plaintiff, | ( | STIPULATION |
| | ) | |
| vs. | ( | |
| | ) | |
| JASON COBURIAN ORTIOLA, | ( | |
| | ) | |
| Defendant. | ( | |

------------

It is stipulated that the summons issued on July 13, 2005, be vacated and that the hearing on why defendant's pretrial release should not be revoked, heretofore set for August 4, 2005, be dropped from the calendar.

Dated at Hagåtña, Guam, this 3rd day of August, 2005.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(DOCUMENT\STIPJOrtiola)

ORIGINAL