(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | CR 05-00047 |
| | ) | |
| Plaintiff, | ( | ORDER |
| | ) | |
| vs. | ( | |
| | ) | |
| JASON COBURIAN ORTIOLA, | ( | |
| | ) | |
| Defendant. | ( | |

------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the summons issued on July 13, 2005, is vacated and that the hearing on why defendant's pretrial release should not be revoked, heretofore set for August 4, 2005, is dropped from the calendar.

Dated at Hagåtña, Guam, this 3rd day of August, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

(DOCUMENT\ORDER.JOrtiola)

ORIGINAL