LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JASON COBURIAN ORTIOLA,<br><br>  Defendant. | CRIMINAL CASE NO. 05-00047<br><br>**ORDER TO SEAL PARTIES' STIPULATED MOTION AND TO SEAL CASE** |

**IT IS HEREBY ORDERED** that the parties' stipulated motion to seal this matter shall be lodged under seal, and that this case will be sealed pending further proceedings.

DATED: 8/17/2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge