FILED
DISTRICT COURT OF GUAM

AUG 2 4 2005 P

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>       vs.<br><br>JASON COBURIAN ORTIOLA,<br><br>        Defendant. | CRIMINAL CASE NO. 05-00047<br><br>**REPORT AND RECOMMENDATION**<br>**CONCERNING PLEAS OF GUILTY**<br>**IN A FELONY CASE** |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered pleas of guilty to both counts of an Indictment charging him with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1), and Carrying a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c). After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and that the offenses charged are supported by an independent bases in fact establishing each of the essential elements of such offenses. I therefore recommend that the

///

///

///

///

1  pleas of guilty be accepted and that the defendant be adjudged guilty of such offenses and have

2  sentence imposed accordingly.

3       IT IS SO RECOMMENDED.

4       DATED this ____ day of August 2005.

5

6

7             JOAQUIN V.E. MANIBUSAN, JR.
           United Stated Magistrate Judge

8

9  **NOTICE**

10  **Failure to file written objections to this Report and Recommendation within ten
(10) days from the date of its service shall bar an aggrieved party from**

11  **attacking such Report and Recommendation before the assigned United States
District Judge. 28 U.S.C. § 636(b)(1)(B).**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28