
IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JASON COBURIAN ORTIOLA, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 05-00047 <br><br> **ACCEPTANCE OF PLEAS OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to both counts of an Indictment charging him with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1), and Carrying a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c), are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 4 day of ~~September~~ Oct. 2005.

LLOYD D. GEORGE*
District Judge

---

* The Honorable Lloyd D. George, United States Senior District Judge for the District of Nevada, sitting by designation.