jasonortiolanewstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 15 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00047 |
| Plaintiff, ) | |
| ) | **STIPULATED MOTION TO** |
| vs. ) | **CONTINUE STATUS HEARING** |
| ) | |
| JASON COBURIAN ORTIOLA, ) | |
| ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Howard Trapp, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for December 16, 2005, and that it be continued for three (3) months, at a date and time to be selected by the court at it's convenience.

DEC 15 2005
DATE

HOWARD TRAPP
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

12/15/05
DATE

By: KARON V. JOHNSON
Assistant U.S. Attorney