jasonortiolanewstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00047 |
| Plaintiff, ) | |
| ) | O R D E R |
| vs. ) | Re: December 16, 2005 |
| ) | Stipulated Motion to Continue |
| JASON COBURIAN ORTIOLA, ) | Status Hearing (First Request) |
| Defendant. ) | |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for December 16, 2005, is hereby rescheduled to March 21, 2006, at 2:30 p.m.

December 16, 2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL