
FILED
DISTRICT COURT OF GUAM
MAR 2 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00047 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| JASON COBURIAN ORTIOLA, ) | |
| Defendant. ) | |

Based on the representations made by counsel at the status hearing held on March 21, 2006, the Court hereby grants the parties' second request for continuance. Accordingly, the status hearing is hereby continued to Friday, April 14, 2006, at 2:30 p.m.

SO ORDERED this 21st day of March 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United Stated Magistrate Judge

ORIGINAL