# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

      Plaintiff,

   vs.

Jason Coburian Ortiola,

      Defendant.

Case No. 1:05-cr-00047 *SEALED*

## CERTIFICATE OF SERVICE

The following office(s)/individual(s) acknowledged receipt of the ***Order Setting Hearing filed March 21,2006****,* on the dates indicated below:

*U.S. Attorney's Office*
*March 22, 2006*

*Howard Trapp*
*March 23, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Order Setting Hearing filed March 21,2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 23, 2006

      /s/Leilani R. Toves Hernandez
        Deputy Clerk