jasonortiolauns

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00047 |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER TO UNSEAL RECORD** |
| JASON COBURIAN ORTIOLA, | |
| Defendant. | |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-entitled cause for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain secret.

Respectfully submitted this 3 day of April 2006.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By: *[signature]*
      KARON V. JOHNSON
      Assistant U.S. Attorney