LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00047 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | Re: April 3, 2006 |
| | ) | Government's Application to |
| JASON COBURIAN ORTIOLA, | ) | Unseal Record |
| | ) | |
| Defendant. | ) | |

Through an application to unseal the record having come before this Honorable Court and the Court finding good cause for issuance of the Order,

**IT IS SO ORDERED** that the record in the above-entitled case be unsealed.

April 4, 2006
Date

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**