ORIGINAL

jasonortiola6stp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00047 |
| Plaintiff, | **STIPULATED MOTION TO VACATE STATUS HEARING AND SET SENTENCING DATE** |
| vs. | |
| JASON COBURIAN ORTIOLA, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Howard Trapp, hereby move this Honorable Court to vacate the Status Hearing currently set for April 14, 2006, and set a sentencing date.

//
//
//
//
//
//

-1-

The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case

DATED: APR 1 0 2006

*(signature)*
HOWARD TRAPP
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 4/7/06      By: *(signature)*
KARON V. JOHNSON
Assistant U.S. Attorney