LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 11 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON COBURIAN ORTIOLA,<br><br>Defendant. | CRIMINAL CASE NO. 05-00047<br><br>**O R D E R**<br><br>Re: April 10, 2006<br>Stipulated Motion to Vacate Status<br>Hearing and Set Sentencing Date |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for April 14, 2006, is hereby vacated, and sentencing is hereby set for August 1, 2006, at 10:00 a.m. The presentence report shall be provided to the parties by June 13, 2006. The parties shall file their responses to the presentence report no later than June 27, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than July 11, 2006.

April 11, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**