PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

cro f— JSN

TO: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

FROM: John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2006
MARY L.M. MORAN
CLERK OF COURT

[X] **Original Notice**                    [ ] **Notice of Disposition**

Date: **June 8, 2005**                      Date:
By:   **Ricardo S. Martinez**               By:
      **Designated U.S. District Judge**

---

Defendant:      **ORTIOLA, Jason Corburian**      Case Number:    **USDC Cr. Cs. No. 05-00047-001**
Date of Birth:  **XX-XX-1980**                    Place of Birth: **Tamuning, Guam - USA**
SSN:            **XXX-XX-1873**

---

**NOTICE OF COURT ORDER** (Order Date: **June 8, 2005**    )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
Defendant (or representative)

**ORIGINAL**