```
jasonortiolastp3

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
```

FILED
DISTRICT COURT OF GUAM
JUN 23 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00047 |
| Plaintiff, | ) | |
| vs. | ) | UNITED STATES ~~[struck]~~ STIPULATION OF PARTIES TO CONTINUE SENTENCING DATE |
| JASON C. ORTIOLA, | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Howard Trapp, hereby move this Honorable Court for an order to continue the sentencing in this case, now set for August 1, 2006, at 9:00 a.m. The parties request the sentencing date be continued because the government attorney will be off-island until August 18. The parties request that the sentencing be set for a date thereafter, at the court's convenience.

DATED: JUN 23 2006

_____
HOWARD TRAPP
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATED: 6/23/06        By: _____
KARON V. JOHNSON
Assistant U.S. Attorney