LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00047 KRW |
| --- | --- | --- |
| Plaintiff, | ) | ORDER TO CONTINUE SENTENCING DATE |
| vs. | ) | |
| JASON C. ORTIOLA, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the sentencing date of Jason C. Ortiola is hereby continued until the day of September 20, 2006, at 9:30 a.m. before the Honorable Morrison England.

DATED this 6th day of July 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge
District Court of Guam