# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00047          DATE: September 20, 2006

HON. MORRISON C. ENGLAND, JR., Designated Judge, Presiding
Law Clerk: None Present          Court Reporter: Cecilia Flores
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:29:42 - 9:53:58
CSO: B. Benavente / J. Lizama

**APPEARANCES:**
Defendant: Jason Coburian Ortiola          Attorney: Howard Trapp
☑ Present ☐ Custody ☐ Bond ☑ P.R.          ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson          U.S. Agent:
U.S. Probation: Maria Cruz          U.S. Marshal: R. Lumagui / G. Perez
Interpreter:          Language:

**PROCEEDINGS: Sentencing**
- Court stated the appropriate Offense Levels.
- Defendant committed to the Bureau of Prisons for a term of <u>12 months for Count I and 60 months for Count II, to run consecutive with Count I, with credit for time served. While in prison, the defendant shall participate in the 500-hour intensive drug treatment program, and vocational and educational programs.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years for Count I and 3 years for Count II - to be served concurrently,</u> with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $200.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant allowed to self-surrender to the U.S. Marshals Service on Guam upon designation of Bureau of Prisons, or no later than 2:00 p.m. on November 20, 2006, if designation has not been given.
- Court stated that present release conditions remain in full force and effect. Defendant admonished to abide by the conditions.

NOTES: