# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] **Original Notice**

[X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **June 8, 2005** | Date: | **November 20, 2006** |
| By: | **Ricardo S. Martinez**<br>**Designated U.S. District Judge** | By: | **Morrison England, Jr.**<br>**Designated U.S. District Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **ORTIOLA, Jason Corburian** | Case Number: | **USDC Cr. Cs. No. 05-00047-001** |
| Date of Birth: | **XX-XX-1980** | Place of Birth: | Tamuning, Guam - USA |
| SSN: | **XXX-XX-1873** | | |

**FILED**
**DISTRICT COURT OF GUAM**

**NOV 22 2006**

**MARY L.M. MORAN**
**CLERK OF COURT**

**NOTICE OF COURT ORDER** (Order Date:    **June 8, 2005**    )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted. (SENTENCED ON SEPTEMBER 20, 2006; SELF-SURRENDERED TO THE USMS ON NOVEMBER 20, 2006)

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
☐ Not Convicted - PS40/Passport returned to defendant.
☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
☒ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)