# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JASON COBURIAN ORTIOLA,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Criminal Case No. 05-00047<br>Civil Case No. 06-00037<br><br>**ORDER** |

The Court is in receipt of Petitioner Jason Ortiola's Petition Motion to Vacate, Set Aside, or Correct Sentence filed on December 8, 2005 pursuant to 28 U.S.C. § 2255. The Respondent shall have until January 6, 2007, to file any opposition to Petitioner's filing. If an opposition is received, Petitioner shall have until January 13, 2007 to file a reply. The matter is set for evidentiary hearing on January 19, 2007 at 1:30 p.m. The United States Marshal is ordered to ensure Petitioner's presence in person for said hearing.

**IT IS SO ORDERED** this 12th day of December, 2006.

FRANCES TYDINGCO-GATEWOOD
CHIEF DISTRICT JUDGE

**ORIGINAL**