FILED
DISTRICT COURT OF GUAM
JAN - 3 2007
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| JASON COBURIAN ORTIOLA,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Criminal Case No.  05-00047<br>Civil Case No.  06-00037<br><br>**ORDER** |

An evidentiary hearing regarding Petitioner Jason Ortiola's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is currently scheduled on January 19, 2007. The Court hereby appoints the office of the Federal Public Defender as counsel for purposes of this hearing.

**IT IS SO ORDERED** this 3rd day of January, 2007.

FRANCES TYDINGCO-GATEWOOD
CHIEF DISTRICT JUDGE

ORIGINAL