# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

## CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,** | |
| Plaintiff, | |
| vs. | **Case No: 1:05-cr-00047** |
| Jason Coburian Ortiola**,** | |
| Defendant. | |

The following entities were served by first class mail on January 4, 2007:

    Jason Coburian Ortiola

I, Leilani R. Toves Hernandez, declare under penalty of perjury that on the above-listed date I served the:

Appointment Order filed January 3, 2007

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 4, 2007         /s/ Leilani R. Toves Hernandez
                                             Deputy Clerk