JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JASON COBURIAN ORTIOLA

FILED
DISTRICT COURT OF GUAM
JAN 12 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-05-00047 |
| | ) | CV 06-00037 |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | EVIDENTIARY HEARING |
| | ) | |
| JASON COBURIAN ORTIOLA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO CONTINUE EVIDENTIARY HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the evidentiary hearing on Mr. Ortiola's Motion to Vacate, Set Aside, or correct Sentence which is currently scheduled for January 19, 2007, be continued for at least forty-five days from the originally scheduled date. The justification for the continuance is to allow Ortiola's counsel to adequately prepare for the hearing on the merits. In this case, Mr. Ortiola filed his motion to vacate

sentence on December 8, 2006. The office of the Federal Public Defender was appointed to represent Mr. Ortiola on January 3, 2007. The undersigned counsel respectfully requests a continuance to review all files and documents relevant to the issue presented.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, January 12, 2007.

_____
RICHARD P. ARENS
Attorney for Defendant
JASON COBURIAN ORTIOLA

_____
KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA