# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JASON COBURIAN ORTIOLA,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Criminal Case No. 05-00047<br>Civil Case No. 06-00037<br><br>**ORDER** |

On January 12, 2007, the parties stipulated to continue the evidentiary hearing regarding Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, which is currently scheduled for January 19, 2007. The justification for the request indicates that due to the recent appointment of counsel for the Petitioner, additional time is needed in order to properly prepare for the hearing. (Stipulation, Docket No. 55.) Accordingly, the court hereby approves the Stipulation of the parties and reschedules the matter for evidentiary hearing on March 08, 2007 at 10 a.m. Defense counsel shall have until February 14, 2007 to file a reply brief.

**IT IS SO ORDERED** this 12th day of January, 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**