# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,** Plaintiff, vs. Jason Coburian Ortiola, Defendant. | **Case No: 1:05-cr-00047** |

The following entities were served by first class mail on January 19, 2007:

    Jason Coburian Ortiola

I, Leilani R. Toves Hernandez, declare under penalty of perjury that on the above-listed date I served the:

*Order Setting Hearing filed December 12, 2006*

*Order granting Stipulation to Continue Evidentiary Hearing filed January 12, 2007*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 19, 2007           /s/ Leilani R. Toves Hernandez
                                                  Deputy Clerk