
FILED
DISTRICT COURT OF GUAM

JAN 2 3 2007

MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| JASON COBURIAN ORTIOLA,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Criminal Case No. 05-00047<br>Civil Case No. 06-00037<br><br>**ORDER** |

On January 12, 2007, pursuant to a joint request by the parties, the court continued the evidentiary hearing regarding Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, to March 8, 2007. The United States Marshal is ordered to ensure that Petitioner remains in custody on Guam pending the hearing so that he might meet with counsel to prepare. All prior orders remain in full force and effect.

**IT IS SO ORDERED** this 23th day of January, 2007.

FRANCES TYDINGCO-GATEWOOD
CHIEF DISTRICT JUDGE

ORIGINAL