ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 22 2007 nbr

MARY L.M. MORAN
CLERK OF COURT

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE DISTRICT OF GUAM**

10

11  JASON COBURIAN ORTIOLA,          )      CIVIL CASE NO. 06-00037
                                     )      CRIMINAL CASE NO. 05-00047
12                    Petitioner,    )
                                     )
13         vs.                       )      **STIPULATED MOTION OF PARTIES**
                                     )      **TO CONTINUE EVIDENTIARY**
14  UNITED STATES OF AMERICA,        )      **HEARING**
                                     )
15                    Respondent.    )
                                     )
16  _____  )

17        The parties in the above-entitled matter, the United States of America, and the defendant,

18  through his counsel, Richard P. Arens, hereby motions this Honorable Court to continue the

19  evidentiary hearing currently set for Thursday, March 8, 2007, at 10 a.m. The parties make this

20  stipulated motion for the reason that the government prosecutor is scheduled to attend the Asset

21  Forfeiture Chief's Conference in Columbia, South Carolina, from February 28 through March 1,

22  2007. Government counsel has been notified that the Ninth Circuit has set oral argument on

23  United States v. Duane Calvo, C.A. 06-10118, Cr. No. 05-00016, for Monday, March 12, 2007,

24  in San Francisco. Rather than return the Guam on March 3, then fly back on March 9,

25  government counsel is going to remain Stateside. Counsel is set to return the evening of March

26  14, 2007.

27  //

28  //

Mr. Howard Trapp, who will be a witness in this matter, advises that he is available March 15, or any time thereafter.

SO STIPULATED.

DATE: 2/22/07

RICHARD P. ARENS
Federal Public Defender
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 7/22/07

By: KARON V. JOHNSON
Assistant U.S. Attorney

-2-