LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| JASON COBURIAN ORTIOLA, | ) | CIVIL CASE NO. 06-00037 |
| | ) | CRIMINAL CASE NO. 05-00047 |
| Petitioner, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **Re: Stipulated Motion of Parties** |
| | ) | **To Continue Evidentiary Hearing** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Through a stipulated motion to continue Evidentiary Hearing having come before this Honorable Court and the Court finding good cause for the issuance of the order;

**IT IS SO ORDERED** that the Evidentiary Hearing currently scheduled for March 8, 2007, is hereby rescheduled to March 16 , 2007 at 1:30 p .m.

So Ordered this 23rd day of February, 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**