# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-05-00047-001　　　　　　　　　　DATE: March 16, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Jennifer Moton　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 1:36:44 - 2:51:28
CSO: B. Benavente

**APPEARANCES:**

Defendant: Jason Coburian Ortiola　　　　Attorney: Richard Arens
☒ Present ☒ Custody ☐ Bond ☐ P.R.　　☒ Present ☐ Retained ☒ FPD ☐ CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　　U.S. Marshal: D. Punzalan / G. Perez
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Evidentiary Hearing**
- Witness sworn and examined - see attached Exhibit and Witness List, AO Form 187.
- Motion taken under advisement.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| **Jason Coburian Ortiola** | Case Number: **CR-05-00047** |

| PRESIDING JUDGE<br>**Frances M. Tydingco-Gatewood** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**RICHARD ARENS** |
|---|---|---|
| HEARING DATE (S)<br>March 16, 2007 | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**LEILANI TOVES HERNANDEZ** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Howard Trapp, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | 1:57:11 end DX |
| | | | | | | CX by Mr. Arens |
| | | | | | | 2:01:49 end CX |
| | | | | | | Court examines witness |
| | | | | | | **Re-CX by Mr. Arens** |
| | | | | | | 2:19:36 end Re-CX; witness excused |