JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JASON CORBURIAN ORTIOLA

**FILED**
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

CRIM CASE NO. 05-00047

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00037 |
| ) | |
| Plaintiff, ) | MOTION FOR CERTIFICATE OF |
| ) | APPEALABILITY |
| vs. ) | |
| ) | |
| JASON CORBURIAN ORTIOLA, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR CERTIFICATE OF APPEALABILITY

COMES NOW the defendant, Jason Corburian Ortiola, through counsel, Richard P. Arens, Assistant Federal Public Defender, and moves this Honorable Court to issue a certificate of appealability pursuant to the provisions of 28 U.S.C. § 2253, Fed. R. App. P. 22(b), and Ninth Circuit Rule 22-1, in order that he may take such appeal from judgment entered on April 18, 2007, denying Petitioner's petition for a writ of habeas corpus. This motion is made on the ground that Petitioner has made a substantial showing of the denial of a constitutional right. Specifically, that Petitioner was denied his right to effective assistance of counsel as a result of counsel's failure to

ascertain whether Petitioner sought to appeal the sentence imposed.

DATED: Mongmong, Guam, April 27, 2007.

_____
RICHARD P. ARENS
Attorney for Defendant
JASON CORBURIAN ORTIOLA

2

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on April 27, 2007:

    KARON V. JOHNSON
    Assistant United States Attorney
    Sirena Plaza
    108 Hernan Cortez, Ste. 500
    Hagatna, Guam 96910

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

DATED: Mongmong, Guam, April 27, 2007.

_____
RENATE A. DOEHL
Operations Administrator

RICHARD P. ARENS
Attorney for Defendant
Jason Corburian Ortiola