UNITED STATES DISTRICT COURT
District of Guam

United States of America,

    Responent

Vs.

JASON COBURIAN ORTIOLA,

    Petitioner.

**NOTICE OF APPEAL**

D.C. Docket Number: CR 05-00047

Civil Case No. CV 06-00037

Frances Tydingco-Gatewood
District Court Judge

Notice is hereby given that __JASON COBURIAN ORTIOLA,__ appeals to the United States Court of Appeals for the Ninth Circuit from the

- [ ] Conviction only (Fed. R. Crim. P. 32(b))
- [ ] Conviction and Sentence
- [ ] Sentence only (18 U.S.C. § 3742)
- [✔] Order (specify) __Judgment denying Petitioner's petition for Writ of Habeas Corpus__

entered in this action on **April 17, 2007**.

Sentence imposed: 6 years.

Bail Status: Currently serving sentence imposed upon him.

**FILED**
DISTRICT COURT OF GUAM

MAY - 4 2007

**MARY L.M. MORAN
CLERK OF COURT**

Date: May 4, 2007

Address:

Richard P. Arens
Office of the Federal Public Defender
400 Route 8, Suite 501
First Hawaiian Bank Building
Mongmong, Guam 96910
(671) 472-7111

| | | |
|---|---|---|
| Name of Court Reporter: **Wanda Miles** | Transcript Required: [✔] Yes [ ] No | |
| If yes, date ordered or to be ordered  5/20/2007 | (including arrangements for payment with court reporter.) | |

If transcript required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.

# ORIGINAL