S/11

U.S. PATTERSON, CLERK
U.S. COURT OF APPEALS
MAY 0 9 2007
FILED
DOCKETED
DATE        INITIAL

# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

May 7, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

OFFICE OF THE CLERK
U. S. Court of Appeals
for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA  94119-3939

**07-15839**

RE:  CRIMINAL CASE NO. 05-00047/CIVIL CASE NO. 06-00037
Jason Coburian Ortiola vs United States of America

In reference to the above-entitled case, enclosed herewith are the following documents:

( X )  Certified copy of **Notice of Appeal, filed May 4, 2007**

( X )  Certified copy of **Motion Under 28 USC 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed December 8, 2006; Order Denying Motion Under 28 USC 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed April 17, 2007**

( X )  Certified copy of Docket Sheet

( X )  Notice of Appeal Notification Form

( X )  Excerpts of Record - **(Docs 48, 51, 59, 62, 63, 64, 65, 67, 68, 69, 70)**

( X )  Other - **Motion for Certificate of Appealability, filed April 27, 2007; Order Denying Motion for Certificate of Appealability, filed May 2, 2007**

Please acknowledge receipt on the enclosed copy of this letter.  Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

**RECEIVED**
MAY 16 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Enclosures

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**

**07-15839** COPY

Short Case Title: **Ortiola vs USA**
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name : **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CR-05-00047/CV-06-00037**
Date Complaint/Indictment/Petition Filed: **Indictment fld 6/8/2005**
Date Appealed order/judgment *entered*: **Order fld 5/2/2007 - EOD 5/2/2007**
Date NOA *filed*:_____
Date(s) of Indictment **6/8/2005** Plea Hearing **8/24/2005** Sentencing **9/20/2006**

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671) 472-8655**

---
*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **No**                          Date Docket Fee Billed:_____
Date FP granted:_____                             Date FP denied:_____
Is FP pending? ☐ yes **X** no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  **X** no
Companion Cases? Please list:_____

---
*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **Richard P. Arens** | **Karon V. Johnson** |
| **Office of the Federal Public Defender** | **Assistant U.S. Attorney** |
| **400 Route 8, Suite 501** | **Sirena Plaza, Suite 500** |
| **First Hawaiian Bank Building** | **108 Hernan Cortez Avenue** |
| **Hagatna, Guam 96910** | **Hagatna, Guam 96910** |

☐ retained   ☐ CJA   **X** FPD   ☐ Pro Se   ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____                    Address:
Custody_____
Bail_____



**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____          9th Circuit Docket Number

**07-15839**

Name & Phone Number of Person Completing this Form:   **Marilyn B. Alcon/(671) 473-9138**
                                                       **marilyn_alcon@gud.uscourts.gov**