UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| JASON COBURIAN ORTIOLA, | ) | **Court of Appeals** |
| | ) | **Docket Number  07-15839** |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | District Court |
| | ) | Docket Number  **CR-05-00047** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## CERTIFICATE OF RECORD

This Certificate is submitted in conformance with the U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of reporter(s) transcripts (if any) and the U.S. District Court clerk's record is ready for the purpose of the appeal. This record is available for use by the parties in the office of the District Court Clerk.

The documents comprising the District Court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedures. These documents numbers are reflected on the District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. §2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of Appeals. Criminal appeal briefing schedules have been set by Time Schedule Order and no new schedule will be issued upon the filing of this document.

MARY L. M. MORAN, Clerk of Court
DISTRICT COURT OF GUAM

By: _____
Deputy Clerk

Dated: _____June 6, 2007_____

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## TRANSCRIPT ORDER

*Read Instructions on Back.*

| | | |
|---|---|---|
| 1. NAME<br>Richard P. Arens | 2. PHONE NUMBER<br>(671) 472-7111 | 3. DATE<br>May 7, 2007 |
| 4. MAILING ADDRESS<br>400 Route 8, Suite 501; First Hawaiian Bank | 5. CITY<br>Mongmong | 6. STATE Guam  7. ZIP CODE 96910 |
| 8. CASE NUMBER<br>CR-05-00047/CV-06-00037 | 9. JUDICIAL OFFICIAL<br>Tydingco-Gatewood | DATES OF PROCEEDINGS<br>10. FROM   11. TO |
| 12. CASE NAME<br>ORTIOLA VS USA | 13. CITY Hagatna | LOCATION OF PROCEEDINGS<br>14. STATE Guam |

15. ORDER FOR
- [x] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**FILED**
DISTRICT COURT OF GUAM
MAY 14 2007
MARY L.M. MORAN
CLERK OF COURT

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☒ SENTENCING | 9/20/06 | Habeas proceeding (Motion to Vacate) | 3/16/07 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COST |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE  /s/ Richard Arens

19. DATE  May 14, 2007

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY    COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 5/14/07 | RLC | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TRANSCRIPT ORDERED | 5/21/07 | WM | LESS DEPOSIT | |
| TRANSCRIPT RECEIVED | | | TOTAL REFUNDED | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

Case 1:05-cr-00047   Document 73   Filed 06/06/2007   Page 2 of 2

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY