March 28, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820



**FILED**
DISTRICT COURT OF GUAM
APR 0 8 2008
JEANNE G. QUINATA
Clerk of Court

**District Court/Agency:** USDC Guam
**Lower Court Number:** CV-06-00037-FMT
**Appeal Number:** 07-15839
**Short Title:** USA v. Ortiola

**Volumes**

| | | | |
|---|---|---|---|
| Clerk's Records in: | 1 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 0 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.