FILED

APR 03 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>v.<br><br>JASON COBURIAN ORTIOLA,<br><br>　　　　Defendant - Appellant. | No. 07-15839<br><br>D.C. No. CV-06-00037-FMT<br>District of Guam,<br>Agana<br><br>ORDER |

Before:　　TALLMAN and CLIFTON, Circuit Judges.

　　The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied.

KMB/COA